1052

[No. 68403-5-I.   Division One.   January 22, 2013.]

*In the Matter of the Dependency of* R.S.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. MICHAEL SNYDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-7-02395-6, Suzanne M. Barnett, J., entered February 3, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Dwyer, JJ.

[Nos. 68411-6-I; 68412-4-I.   Division One.   January 22, 2013.]

*In the Matter of the Dependency of* K.E. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. TIMOTHY HAROLD EVANS, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 11-7-00450-0, Janice E. Ellis, J., entered February 10, 2012. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Schindler, J.

[No. 68449-3-I.   Division One.   January 22, 2013.]

*In the Matter of the Dependency of* S.B.-L.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. JANE DIANNA BAKER-LOUCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-7-02382-4, Patricia H. Clark, J., entered February 13, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Appelwick, JJ.